JPMorgan Chase Bank, N.A. v Valencia (2026 NY Slip Op 00360)

JPMorgan Chase Bank, N.A. v Valencia

2026 NY Slip Op 00360

Decided on January 28, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 28, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
PAUL WOOTEN
BARRY E. WARHIT
DONNA-MARIE E. GOLIA, JJ.

2023-05002
 (Index No. 712761/20)

[*1]JPMorgan Chase Bank, National Association, etc., respondent, 
vRichard Valencia, appellant, et al., defendants. Jeffrey Herzberg, P.C., Hauppauge, NY, for appellant.

Parker Ibrahim & Berg LLP, New York, NY (Scott W. Parker of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendant Richard Valencia appeals from an order of the Supreme Court, Queens County (Robert I. Caloras, J.), dated May 18, 2023. The order denied that defendant's motion for leave to renew his prior motion for summary judgment dismissing the complaint insofar as asserted against him, which had been denied in an order of the same court dated February 8, 2022.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order dated May 18, 2023, must be dismissed because the right of direct appeal therefrom terminated with the entry of the order and judgment of foreclosure and sale in the action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeal from that order are brought up for review and have been considered on the appeal from the order and judgment of foreclosure and sale (see CPLR 5501[a][1]; JPMorgan Chase Bank v Valencia, ___ AD3d ___ [Appellate Division Docket No. 2024-10759; decided herewith]).
IANNACCI, J.P., WOOTEN, WARHIT and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court